## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Signature Homes, a division of Charles Cudd Co., | Civil No. 05-925 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Scott Johnson, Sheila Rae Johnson, A Home of Your Own, Inc., | |
| Defendants. | |

The above matter is referred to Magistrate Judge Arthur J. Boylan for a settlement conference at such time, and under such conditions as Judge Boylan shall direct. The August 24, 2006, hearing with respect to Defendants' Motion for Summary Judgment is **CANCELED** and will be rescheduled, if necessary, following the settlement conference. The Summary Judgment briefing shall be completed as though the hearing date remained August 24, 2006.

Dated: August 7, 2006

                                                                               s/Richard H. Kyle
                                                                               RICHARD H. KYLE
                                                                               United States District Judge