# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Signature Homes, a division of Charles Cudd Co., | Civil No. 05-925 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Scott Johnson, Sheila Rae Johnson, A Home of Your Own, Inc., | |
| Defendants. | |

In view of the now scheduled mediation on November 15, 2006, **IT IS ORDERED**:

1. This matter is **STRICKEN** from the December 2006 trial calendar and the October 4, 2006 Order for Submission of Trial Materials (Doc. No. 41) is **VACATED**.

2. If the matter is not settled at the November 15, 2006 mediation, the Motion for Summary Judgment (Doc. No. 22) will be heard on Tuesday, November 21, 2006 at 8:30 a.m. in Courtroom No. 1, 180 East Fifth Street, St. Paul, Minnesota, and

3. If necessary, the matter will be placed upon the Court's January 2007 trial calendar and a schedule for submission of trial materials will be established at the November 21st hearing.

Dated: October 11, 2006

          s/Richard H. Kyle
          RICHARD H. KYLE
          United States District Judge